&AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  Southern  | District of | New York |

District Council 1707, American Federation
of State, County and Municipal Employees, AFL-CIO,
and Local 205, District Council 1707, American
Federation of State, County, and Municipal
Employees, AFL-CIO,          Plaintiffs,
         V.

Highbridge Advisory Council Family
Services, Inc.
                   Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV 6709**

TO: (Name and address of Defendant)

Highbridge Advisory Council Family Services, Inc.
880 River Avenue
Bronx, NY 10452

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                            DATE   JUL 28 2008

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK       Attorney: KENNEDY, JENNIK & MURRAY, P.C.
ATTORNEYS AT LAW

DISTRICT COUNCIL 1707, ETAL

Plaintiff(s)

Index # 08 CIV 6709 (BERMAN)

- against -

Purchased July 28, 2008

HIGHBRIDGE ADVISORY COUNCIL FAMILY SERVICES, INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

WILLIAM MORRISON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 30, 2008 at 10:15 AM at

880 RIVER AVENUE
BRONX, NY 10452

deponent served the within SUMMONS AND COMPLAINT, JUDGE'S RULES AND ECF GUIDELINES on HIGHBRIDGE ADVISORY COUNCIL FAMILY SERVICES, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to MS. HERNANDEZ personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT, JUDGE'S RULES AND ECF GUIDELINES as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 38 | 5'5 | 130 |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 1, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**WILLIAM MORRISON**
License #: 870436
Invoice #: 466916

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728