```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DISTRICT COUNCIL 1707, et al.,                :
                                              :    08 Civ. 6709 (RMB)
                        Plaintiffs,           :
        - against -                           :
                                              :    **ORDER OF DISCONTINUANCE**
HIGHBRIDGE ADVISORY COUNCIL FAMILY            :
SERVICES, INC.,                               :
                                              :
                        Defendant.            :
------------------------------------------------------------------x

Based upon the parties having failed to appear for a conference scheduled for September 3, 2008, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiffs or Defendant may apply, on or before September 18, 2008 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED**.

Dated: New York, New York
       September 3, 2008

                                                    _____
                                                    Richard M. Berman, U.S.D.J.

1